NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| LUCILO FEDERICO BARONA, | : | |
| | : | Civil Action No. 17-12977 (JMV) |
| Petitioner, | : | |
| | : | |
| v. | : | **OPINION** |
| | : | |
| WARDEN BERGEN COUNTY JAIL, | : | |
| | : | |
| | : | |
| Respondent. | : | |

APPEARANCES:

LUCILO FEDERICO BARONA
A030-952-745
Bergen County Jail
160 River St.
Hackensack, NJ 07601
        Petitioner, *pro se*

FRANCES C. BAJADA, Esq.
United States Attorney's Office
970 Broad Street
Newark, NJ 07102
        On behalf of Respondent

**VAZQUEZ**, United States District Judge

    On December 12, 2017, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), challenging his detention his detention since July 17, 2017, by the U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 1 at 2.) This Court ordered Respondent to answer the petition. (ECF No. 2.) On January 9, 2018, Respondent submitted a form I-205, indicating that Petitioner was removed from the United States, departing from Miami,

Florida, on December 19, 2017.  (ECF No. 4 at 4.)  Respondent contends the habeas petition is moot.  (ECF No. 4 at 1.)

A habeas petition "generally becomes moot when [a petitioner] is released from custody" because there is no longer "an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision."  *Vasquez v. Aviles*, 639 F. App'x 898, 902 (3d Cir. 2016) (quoting *DeFoy v. McCullough*, 393 F.3d 439, 442 (3d Cir. 2005)).  The present petition no longer presents a case or controversy under Article III, § 2 of the United States Constitution because Petitioner is no longer detained by ICE.  *See id.* (finding petition moot where there were no collateral consequences that could be addressed by success on the petition after removal) (citing *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007)).  Therefore, the petition is dismissed as moot.


An appropriate Order follows.


Date:  January 12, 2018
At Newark, New Jersey

                                               s/ John Michael Vazquez
                                               JOHN MICHAEL VAZQUEZ
                                               United States District Judge